# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

June 8, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR. 05-00325HG

CASE NAME:       U.S.A. vs. (04) BRYANT SPENCER

ATTYS FOR PLA:   Chris A. Thomas

ATTYS FOR DEFT:  Anthony H. Yusi

U.S.P.O.:        Rosanne T. Donohoe

JUDGE:    Helen Gillmor              REPORTER:   Sharon Ross

DATE:     June 8, 2006               TIME:       1:30 - 1:45

COURT ACTION: SENTENCING TO COUNT 3 OF THE INDICTMENT AS TO DEFENDANT (04) BRYANT SPENCER -

The defendant is present on bond.
The Memorandum of Plea Agreement is accepted.

Allocution by the defendant.

ADJUDGED: Impr of 60 mos.

SUPERVISED RELEASE: 4 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special assessment: $100.
Advised of rights to appeal the sentence, etc.
MITTIMUS: That the defendant surrender for service of sentence to the U.S. Marshal for the District of Hawaii by 3:30 p.m. today, June 8, 2006.
RECOMMENDATIONS: Lompoc, CA, or in the alternative, Sheridan, OR. That the defendant participate in drug treatment and educational/vocational training programs.
Motion to Dismiss 1 & 11 of the Indictment as to this defendant is GRANTED.

Submitted by: David H. Hisashima, Courtroom Manager