## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 07-05-2007 | 05:20:13 p.m. | Transmit Header Text | |
| Local ID 1 | 808 541 1303 | | Local Name 1 | U.S. DISTRICT COURT |
| Local ID 2 | | | Local Name 2 | |

This document : Confirmed

(reduced sample and details below)

Document size : 8.5"x11"

FACSIMILE COVER SHEET



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Voice Contact Number (808) 541-1298
Fax Number (808) 541-1303

United States Courthouse PJKK Bldg.
300 Ala Moana Blvd Rm C-338
Honolulu, Hawaii 96850

| | |
|---|---|
| TO: | DSCC - TEAM OSCAR |
| FAX NO: | 972-595-3152 |
| FROM: | BERNIE AURIO |
| DATE SENT: | 07/05/2007 |

Number of pages including cover sheet __7__

CONFIDENTIALITY NOTE:
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or if you have received this facsimile in error, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.

Total Pages Scanned : 7    Total Pages Confirmed : 7

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 960 | 9725953152 | 05:18:30 p.m. 07-05-2007 | 00:01:03 | 7/7 | 1 | EC | HS | CP26400 |

Abbreviations:
HS: Host send           PL: Polled local        MP: Mailbox print       TU: Terminated by user
HR: Host receive        PR: Polled remote       CP: Completed           TS: Terminated by system    G3: Group 3
WS: Waiting send        MS: Mailbox save        FA: Fail                RP: Report                  EC: Error Correct